**STATE v. KELLY**

[358 N.C. 140 (2004)]

STATE OF NORTH CAROLINA v. MARVIN JUNIOR KELLY

No. 156PA03

(Filed 6 February 2004)

On writ of certiorari issued 2 April 2003 pursuant to N.C.G.S. § 7A-32(b) to review an order entered 13 March 2003 by Judge Joseph Moody Buckner in District Court, Orange County, declaring N.C.G.S. § 7A-455.1 unconstitutional and enjoining the Clerk of Superior Court for said county from collecting the appointment fee and entering civil judgments pursuant to N.C.G.S. § 7A-455.1. Heard in the Supreme Court 11 September 2003.

*Roy Cooper, Attorney General, by Norma S. Harrell, Special Deputy Attorney General, for the State-appellant.*

*James Williams, Public Defender District 15B, by Timothy C. Cole, for defendant-appellee.*

PER CURIAM.

Pursuant to this Court's opinion in *State v. Webb*, —— N.C. ——, —— S.E.2d —— (Feb. 6, 2004) (No. 157PA03), the decision of the trial court is affirmed as modified.

AFFIRMED AS MODIFIED.